IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

JAMES EDWARD PROBST,
TDCJ-CID No. 01699988,

      Plaintiff,

v.

                                 2:24-CV-014-Z-BR

ARTURO BECKETT, *et al.*,

      Defendants.

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge to grant the Motion to Dismiss filed by Defendants Htoo Aung and Michael Mitchener (ECF No. 16) ("Defendants"). ECF No. 31. No objections to the Findings, Conclusions, and Recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the District Judge concludes that the Findings, Conclusions, and Recommendations of the Magistrate Judge are correct. ECF No. 31. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the Magistrate Judge are **ADOPTED** and Defendants' Motion to Dismiss Plaintiff's monetary damages claim against them in their official capacity is **GRANTED** pursuant to Rule 12(b)(1). Their Motion to Dismiss pursuant to Rule 12(b)(6) is **GRANTED**.

      **SO ORDERED**.

      June _18_, 2025

                                            MATTHEW J. KACSMARYK
                                            UNITED STATES DISTRICT JUDGE