IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| JAMES EDWARD PROBST, TDCJ-CID No. 01699988,<br><br>Plaintiff,<br><br>v.<br><br>ARTURO BECKETT, *et al.*,<br><br>Defendants. | 2:24-CV-014-Z-BR |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS**

Before the Court are the Findings, Conclusions, and Recommendations of the United States Magistrate Judge to grant the Motion to Dismiss filed by Defendant Stephanie Moore. No objections to the Findings, Conclusions, and Recommendations have been filed. After making an independent review of the pleadings, files, and records in this case, the District Judge concludes that the Findings, Conclusions, and Recommendations of the Magistrate Judge are correct. ECF No. 36. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendations of the Magistrate Judge are **ADOPTED** and Defendant's Motion to Dismiss Plaintiff's monetary damages claim against her in her official capacity is **GRANTED** pursuant to Rule 12(b)(1). Her Motion to Dismiss pursuant to Rule 12(b)(6) is **GRANTED**.

**SO ORDERED.**

August ___, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE