IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

JAMES EDWARD PROBST,

     Plaintiff,

v.

ARTURO BECKETT,

     Defendant.

2:24-CV-014-Z-BR

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS

Before the Court are the findings, conclusions and recommendations ("FCR") of the United States Magistrate Judge to grant Defendant's Motion for Summary Judgment and deny Plaintiff's Motion for Summary Judgment. ECF No. 57. No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the FCR of the Magistrate Judge is correct. ECF No. 57. It is therefore **ORDERED** that the FCR of the Magistrate Judge is **ADOPTED** and Defendant's Motion for Summary Judgment (ECF No. 51) is hereby **GRANTED**. Plaintiff's Motion for Summary Judgment (ECF No. 47) is **DENIED** as moot. Plaintiff's Motion for Trial Date (ECF No. 58) is also **DENIED** as moot.

     **SO ORDERED.**

     April 27, 2026

                                     MATTHEW J. KACSMARYK
                                     UNITED STATES DISTRICT JUDGE